UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| QUIARA CHARLES,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and INSURER ENTITIES I-V, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00962-GMN-EJY<br><br>**ORDER** |

Pending before the Court is the Amendment to Motion to Withdraw as Counsel of Record (ECF No. 26). Attached to Counsel's Motion is a letter sent to Plaintiff stating that Counsel "will send … [Plaintiff] a current Motion with the hearing date once I receive that information from the Court." *Id*. at 6. While the federal court does not automatically set hearings on every motion filed, Plaintiff's counsel has represented to Plaintiff that there will be a hearing on his Motion to Withdraw.

Accordingly, IT IS HEREBY ORDERED that Counsel for Plaintiff shall appear on Wednesday, October 13, 2021 at 11:00 a.m. in Courtroom 4B.

IT IS FURTHER ORDERED that Plaintiff may appear by telephone. Plaintiff is instructed to call the Audio Conference Line at **(888) 251-2909, access code 7771745**, five (5) minutes prior to the hearing time. Please remain on the line until such time as the Court joins the call and convenes the proceedings. The use of a cell phone or speaker phone during the call is prohibited. The call must be made using a land line.

IT IS FURTHER ORDERED that Counsel for Plaintiff shall mail, and if available email, a copy of this Order to Plaintiff upon receipt.

DATED this 8th day of October, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1