UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

\*\*\*

| | |
|---|---|
| QUIARA CHARLES,<br><br>    Plaintiff,<br><br>    vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and INSURER ENTITIES I-V, inclusive<br><br>    Defendants. | CASE NO. 2:20-cv-00962-ART-EJY<br><br>**ORDER APPROVING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff QUIARA CHARLES ("Plaintiff"), by and through her counsel, THE COTTLE FIRM, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each

…

…

…

…

...

4896-1368-9865.1

party to bear their own attorney's fees and costs.

| DATED this 11th day of October, 2022. | DATED this 11th day of October, 2022. |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH | THE COTTLE FIRM |
| /s/ Cheryl A. Grames | /s/ Matthew D. Minucci |
| ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>CHERYL A. GRAMES<br>Nevada Bar No. 12752<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant State Farm Mutual Automobile Insurance Company* | Robert W. Cottle<br>Nevada Bar No. 4576<br>Matthew D. Minucci<br>Nevada Bar no. 12449<br>8635 S. Eastern Avenue<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiff Quiara Charles* |

## ORDER

**IT IS SO ORDERED:**

Dated this 12th day of October, 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE